No. 91–8635. JOHNSON *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. 

No. 91–8636. GARCIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 91–8637. GRIFFIN *v.* JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–8638. HAWKINS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. 

No. 91–8639. DELVECCHIO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 91–8640. WALKER *v.* SECRETARY OF THE TREASURY, INTERNAL REVENUE SERVICE. C. A. 11th Cir. Certiorari denied. 

No. 91–8641. GLEASON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 91–8642. FREEMAN *v.* LINDSEY ET AL. C. A. 10th Cir. Certiorari denied. 

No. 91–8644. KIM *v.* CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied. 

No. 91–8647. ROSENWALD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 91–8648. CALDWELL *v.* BLOCH. C. A. 3d Cir. Certiorari denied.

No. 91–8649. ALMAHDI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 91–8651. GONZALES *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 91–8652. SPALETTA *v.* WORKERS COMPENSATION APPEALS BOARD, COUNTY OF MENDOCINO. Ct. App. Cal., 1st App. Dist. Certiorari denied.